■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELROY CLAYTON, Appellant. [14 NYS3d 909]—Appeals by the defendant from (1) a judgment of the Supreme Court, Kings County (Chun, J.), rendered March 7, 2012, convicting him of criminal sexual act in the first degree (two counts), robbery in the third degree, patronizing a prostitute in the third degree, and menacing in the third degree, upon a jury verdict, and imposing sentence, and (2) a resentence of the same court imposed May 9, 2012.

Ordered that the judgment and resentence are affirmed.

Contrary to the defendant's contention, his trial counsel was not ineffective for failing to move for dismissal of the indictment pursuant to CPL 30.30 (*see* CPL 30.30 [4] [a], [f], [g]; *People v Brunner*, 16 NY3d 820 [2011]; *People v Turner*, 5 NY3d 476 [2005]; *People v Arnold*, 107 AD3d 1526 [2013]). Eng, P.J., Dillon, Chambers and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL GENYARD, Appellant. [14 NYS3d 910]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 31, 2011 (*People v Genyard*, 84 AD3d 1398 [2011]), affirming a judgment of the Supreme Court, Queens County, rendered September 17, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Sgroi, Cohen and Miller, JJ., concur.